RECEIVED
JUL 26 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILFORD DUNCAN (LA DOC#328098) | DOCKET NO.12-0486; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| PAT THOMAS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 27th day of July, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE